## STATE OF CONNECTICUT v. ALEX MALAVE

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 597 (AC 15615), is granted, limited to the following issue:

"As a matter of policy, should the adverse witness rule of *Secondino* v. *New Haven Gas Co.*, 147 Conn. 672 (1960), be abandoned?"

The Supreme Court docket number is SC 15898.

*Brien P. Horan* and *Lisa Gizzi*, in support of the petition.

Decided March 25, 1998

## PERCELL BLAKENEY v. COMMISSIONER OF CORRECTION

The petitioner Percell Blakeney's petition for certification for appeal from the Appellate Court, 47 Conn. App. 568 (AC 15788), is denied.

*Timothy H. Everett* and *Nicole Anker*, legal intern, in support of the petition.

*Paul J. Ferencek*, assistant state's attorney, in opposition.

Decided March 25, 1998

## STATE OF CONNECTICUT v. JASON SHINN

The defendant's cross petition for certification for appeal from the Appellate Court, 47 Conn. App. 401 (AC 15928), is denied.

*Francis T. Mandanici*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided March 25, 1998

### STATE OF CONNECTICUT *v.* JASON SHINN

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 47 Conn. App. 401 (AC 15928), is denied.

*Mary H. Lesser*, assistant state's attorney, in support of the petition.

*Francis T. Mandanici*, assistant public defender, in opposition.

Decided March 25, 1998

### STATE OF CONNECTICUT *v.* THOMAS F. KIRKER, JR.

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 612 (AC 16362/16866), is denied.

*Jeremiah Donovan*, in support of the petition.

*Peter McShane*, assistant state's attorney, in opposition.

Decided March 25, 1998

### DEPARTMENT OF PUBLIC HEALTH *v.* THEODORE LENCZYK

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 932 (AC 16472), is denied.